**No. 25-30021**



U.S. COURT OF APPEALS
RECEIVED
*04/24/2025*
FIFTH CIRCUIT

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

Stephen Paul Preziosi

Plaintiff- Appellant

V.

Louisiana Department Of Children And Family Services, Terri P. Ricks, Gary E. Franklin, Christian Merritt, Bridget Depland Grant

Defendants- Appellees

**NOTICE OF CLERKS REFUSAL TO FILE AND DEMAND FOR DOCKETING**

Submitted By:

/S/Stephen Paul Preziosi
Stephen paul Preziosi
Pro Se
6201 W. Bert Kouns Industrial Loop 840
Shreveport, La 71129

**Date: April 24, 2025**

**NOTICE OF CLERK'S REFUSAL TO FILE AND DEMAND FOR DOCKETING**

**TO THE HONORABLE COURT OF APPEALS**:

**Comes now** *Appellant Stephen Preziosi* and submits this <u>Notice of Clerk's Refusal to File and Demand for Docketing</u>. *Appellant* hereby informs the Court that the Clerk of Court has refused to file and docket seven properly submitted motions that were transmitted to the Court on *April 23, 2025,* via the Court's designated pro se filing email.

The motions submitted on *April 23, 2025,* were as follows:

**1.** *Motion to Withdraw from Oral Argument*
**2.** *Motion for Judicial Notice and Immediate Action*
**3.** *Motion to Lift Stay and Protective Order*
**4**. *Motion for Sanctions for Bad Faith Litigation and Concealment of Records*
**5.** *Motion for Order to Show Cause Why Sanctions Should Not Be Imposed*
**6.** *Petition for Writ of Mandamus to Compel Production of Records*
**7.** *Motion to Strike All Appellee Filings for Procedural Default*

All seven of these filings were properly prepared, signed, formatted, and submitted according to the Court's rules. There was no deficiency in these filings to justify the Clerk's refusal to docket.

**Clerk Has No Authority to Reject These Motions**

The Clerk of Court does not possess discretion to reject pro se filings on the Clerk's own determination of legal sufficiency or merit. The authority of the Clerk is purely ministerial. It is established law that filings must be accepted and docketed when submitted in proper form, and it is for the Court, not the Clerk, to rule on any motion.

*See United States v. Solly, 545 F.2d 874, 876 (3d Cir. 1976) ("The clerk's office is a ministerial arm of the court, and has no discretion to refuse to accept papers tendered for filing."); Smith v. D.C. Circuit Clerk, 869 F. Supp. 2d 1, 4 (D.D.C. 2012).*

The refusal to docket these filings constitutes obstruction of justice, violation of due process, and an improper interference with *Appellant's* right to access the Court.

## No Requirement to Confer With Opposing Counsel on Motions to Sanction or Disqualify

*Appellant* further notes that several of these motions, including the *Motion to Strike, Motion for Sanctions, Motion for Order to Show Cause, and Petition for Writ of Mandamus,* involve **relief directly against opposing counsel and government officials** engaged in *bad faith conduct, procedural default, concealment of records, and other violations*. There is no rule requiring a <u>Certificate of Conference</u> or obligation to confer with a party that is the direct

subject of the requested relief or sanction. The Clerk's refusal based on such grounds is <u>improper and unsupported</u> by any rule of appellate procedure.

*Appellant* was not ordered by the Court to confer. Nor would it be appropriate to require a conference with appellees *who are the subject of disqualification, sanctions, and bad faith misconduct allegations.*

**Relief Requested**

*Appellant* hereby demands:

Immediate docketing of all seven motions submitted on *April 23, 2025,* without further obstruction or delay;

Written explanation and citation to specific authority if the Clerk continues to refuse docketing;

Any other relief this Honorable Court deems appropriate to correct the Clerk's misconduct and ensure *Appellant's* access to justice.

Respectfully submitted,
/s/ Stephen Preziosi
Stephen Preziosi
6201 W. Bert Kouns Industrial Loop #840
Shreveport, LA 71129
(318) 540-9801
stephenpreziosi0@gmail.com

## CERTIFICATE OF COMPLIANCE

Pursuant to **Fifth Circuit Rule 32.3 and Federal Rule of Appellate Procedure 32(g)(1),** I hereby certify that this motion complies with the applicable type-volume limitations, typeface requirements, and type-style requirements.

**1.** This document contains approximately 747 words (excluding the parts exempted by **Fed. R. App. P. 32(f))**.

**2.** This document has been prepared in proportionally spaced typeface using Microsoft Word (or equivalent word processor), in **Times New Roman, 14-point font.**

**3.** I further certify that this filing complies with all applicable rules of procedure and formatting required by the *United States Court of Appeals for the Fifth Circuit.*

Respectfully submitted,
Submitted by:
/s/ Stephen Preziosi
Stephen Preziosi
6201 W. Bert Kouns Industrial Loop #840
Shreveport, LA 71129
(318) 540-9801
stephenpreziosi0@gmail.com

**Dated:April 24, 2025**